**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
FILED

APR 2 3 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § |
| | § |
| TAE CHO | § |
| ALSO KNOWN AS "PAUL CHO" | § |

CRIMINAL NO.
(UNDER SEAL)

**14-176**

**INFORMATION**

The United States Attorney charges that:

**UNSEALED PER ORDER**

**COUNT ONE:**

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

(Theft of Trade Secrets)
18 U.S.C. Sec. 1832(a)(1)

On or about January 24, 2011, within the Southern District of Texas, the defendant

**Tae Cho (A.K.A. "Paul Cho")**

with the intent to convert a trade secret to the economic benefit of someone other than GE Oil &

Gas – Hydril, and intending and knowing that the offense would injure GE Oil & Gas – Hydril,

did knowingly steal, and without authorization appropriated copy, trade secrets, specifically

product data sheets, owned by GE Oil & Gas – Hydril, which was related to and was included in

a product that is produced for or placed in interstate and foreign commerce.

Kenneth Magidson
United States Attorney
Southern District of Texas

BY
C.M. Feazel
Assistant United States Attorney
Southern District of Texas
(713) 567-9578